1  GARY J. LORCH (State Bar No. 119989)
   glorch@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   NORTHSTAR LOCATION SERVICES, LLC

7  ARTURO MATTHEWS
   Of Counsel, Hyslip & Taylor LLC LPA
8  1801 Century Park East, 24th Floor
   Los Angeles, CA 90067
9  Telephone: (310) 556-9620
   Facsimile: (310) 388-0270

10
   Attorneys for Plaintiffs
11 DOMENIC COVARELLI, DOREEN COVARELLI,
   GIANNA COVARELLI and ANDREA COVARELLI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENIC COVARELLI, DOREEN COVARELLI, GIANNA COVARELLI and ANDREA COVARELLI,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC<br><br>Defendant. | Case No. 14-cv-01023-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

-1-
**NOTICE OF SETTLEMENT - CASE NO. 14-cv-01023-EDL**

**TO THIS HONORABLE COURT:**

Plaintiffs Domenic Covarelli, Doreen Covarelli, Gianna Covarelli and Andrea Covarelli ("Plaintiffs"), and Defendant Northstar Location Services, LLC ("Defendant"), by and through their respective counsel, are please to inform the Court that the parties have reached a settlement in principal of all claims subject of the Complaint on file in this action. The parties require not more than 45 days to finalize the settlement documents and conclude the settlement.

Accordingly, Plaintiffs and Defendant, by and through their respective counsel of record, respectfully request that the Scheduling Conference, currently set for Friday, June 13, 2014, be continued for a period of not less than 45 days.

Respectfully submitted,

Dated: June 9, 2014
GARY J. LORCH
GORDON & REES LLP

By: /s/ Gary J. Lorch
GARY J. LORCH
Attorneys for Defendant NORTHSTAR LOCATION SERVICES, LLC

Dated: June 9, 2014
ARTURO MATTHEWS
OF COUNSEL, HYSLIP & TAYLOR LLC LPA

By: /s/ Arturo Matthews
ARTURO MATTHEWS
ATTORNEYS FOR PLAINTIFFS DOMENIC COVARELLI, DOREEN COVARELLI, GIANNA COVARELLI and ANDREA COVARELLI