# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Domenic Covarelli, Doreen Covarelli, Gianna Covarelli and Andrea Covarelli,<br><br>Plaintiffs,<br><br>vs.<br><br>Northstar Location Services, LLC,<br><br>Defendant. | Case No. 4:14-cv-01023-JSW<br><br>[**PROPOSED**] **ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>(*Filed concurrently with Joint Notice of Settlement and Request to Continue Scheduling Conference*) |

The Court, having read and considered the Parties' Joint Notice of Settlement and Request to Continue the Scheduling Conference currently set for Friday, June 13, 2014, for a period of not less than 45 days, hereby ORDERS the following:

The Scheduling Conference currently set for June 13, 2014 is continued to August 1, 2014_____,

**IT IS SO ORDERED.**

DATED: __June 10, 2014_____     _____
                                      Hon. Jeffrey S. White

1

ORDER GRANTING REQUEST TO CONTINUE                          Case No. 14-cv-01023-JSW
SCHEDULING CONFERENCE